## WELLS v. BOYER ET AL.

[No. 12,476.   Filed April 6, 1926.]

From Delaware Superior Court; *Robert F. Murray*, Judge.

Action between Earl R. Wells and John A. Boyer and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*F. Clayton Mansfield*, for appellant.
*Lindsey & Davis*, for appellees.

PER CURIAM.—Judgment affirmed.


## WOODHEAD v. DURST.

[No. 12,377.   Filed April 7, 1926.]

From Delaware Circuit Court; *Clarence W. Dearth*, Judge.

Action between Nelson W. Woodhead and George T. Durst. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Obed Kilgore* and *C. A. Taughinbaugh*, for appellant.
*Edward R. Templer* and *Clarence E. Benadum*, for appellee.

PER CURIAM.—Affirmed.


## MARTIN v. MORRIS.

[No. 12,423.   Filed April 7, 1926.]

From Harrison Circuit Court; *James L. Tucker*, Special Judge.

Action between George F. Martin and Cora K. Morris. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*R. S. Kirkham*, for appellant.
*Clyde R. Lottick*, for appellee.

PER CURIAM.—Judgment affirmed.